Raymond E. Korzeniewski and Susan F. Klarkowski, Appellants, v. Harry J. Korzeniewski et al., Defendants. Harry J. Korzeniewski and Irene J. Kadow, Individually and as Surviving Trustees Under Last Will and Testament of Joseph Korzeniewski, Deceased, and Z. H. Kadow, Appellees. Bernard J. Korzeniewski and Arthur L. Korzeniewski, Coappellants.

Gen. No. 40,537.

opinion filed October 3, 1939. Poppenhusen, Johnston, Thompson & Raymond and Jarecki & Brautigam, for appellants; Frederick Mayer and George A. Brautigam, of counsel; Wolf & Love and Harry M. Biedka, for appellees; Stephen Love and Harry M. Biedka, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''